IN RE **Brown, Charles Ray & Brown, Melba Louise**     Case No. **2005-14703-MAM-7**
                                            Debtor(s)                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct**<br>**Whitney Bank**<br>**Mobile, AL**<br>**Acct no. 720022258** | **J** | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc wall pictures** | **J** | **95.00** |
| | | **Misc. Household goods and furnishings, consisting of but not limited to: Sofa, 2 chairs, coffee table, 2 end tables, 2 lamps, dining table w/6 chairs, sidhes, pots pans, stove, refrigerator, minrowave, be, dresser, night stand, 19" television, bed dresser, 13" television, washer, dryer.** | **J** | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | **J** | **200.00** |
| 7. Furs and jewelry. | | **Ladies wedding ring** | **W** | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance**<br>**Liberty National Life**<br>**3 policies on husband ($5,000.00, $20,000.00, $25,000.00)**<br>**(No surrender value)** | **W** | **50,000.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Retirement** | **W** | **35,000.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Unliquidated class action claim against PNC Bank, N.A., f/k/a Community Bank of Northern Virginia, and others asserted in the lawsuit pending in the United States District Court for the Western District of Pennsylvania entitled In re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL 1674** | **W** | **1.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **2000 Nissan Truck**<br>**2001 Nissan Sentry** | **J**<br>**J** | **6,000.00**<br>**8,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                      **TOTAL**    **101,596.00**

**0** continuation sheets attached             (Include amounts from any continuation sheets attached.
                                                                   Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Brown, Charles Ray & Brown, Melba Louise**     Case No. **2005-14703-MAM-7**
                          Debtor(s)                                                         (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **3BR, 2B wood frame home & lot 2553 Riverside Dr. Mobile, AL 36605 Serves as debtors' homestead** | **Ala. Code § 6-10-5** | **4,167.42** | **85,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Acct Whitney Bank Mobile, AL Acct no. 720022258** | **U.S.C. 10 § 1035** | **200.00** | **200.00** |
| **Misc wall pictures** | **Ala. Code §§ 6-10-6, 6-10-126** | **95.00** | **95.00** |
| **Misc. Household goods and furnishings, consisting of but not limited to: Sofa, 2 chairs, coffee table, 2 end tables, 2 lamps, dining table w/6 chairs, sidhes, pots pans, stove, refrigerator, minrowave, be, dresser, night stand, 19" television, bed dresser, 13" television, washer, dryer.** | **Ala. Code §§ 6-10-6, 6-10-126** | **2,000.00** | **2,000.00** |
| **Clothing** | **Ala. Code § 6-10-6** | **200.00** | **200.00** |
| **Ladies wedding ring** | **Ala. Code §§ 6-10-8, 27-14-29** | **100.00** | **100.00** |
| **Life Insurance Liberty National Life 3 policies on husband ($5,000.00, $20,000.00, $25,000.00) (No surrender value)** | **Ala. Code § 27-14-31** | **50,000.00** | **50,000.00** |
| **Retirement** | **Ala. Code § 27-14-32** | **35,000.00** | **35,000.00** |
| **Unliquidated class action claim against PNC Bank, N.A., f/k/a Community Bank of Northern Virginia, and others asserted in the lawsuit pending in the United States District Court for the Western District of Pennsylvania entitled In re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL 1674** | **Ala. Code § 27-14-32** | **100%** | **1.00** |
| **2001 Nissan Sentry** | **Ala. Code § 27-14-32** | **8,000.00** | **8,000.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only