IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:    *

CHARLES RAY BROWN, and    *    CASE NO: 05-14703-MAM-7
MELBA LOUISE BROWN,    *

Debtors.    *

## CUMALATIVE STATEMENT OF AMENDMENTS

COME NOW the Debtors, in the above styled cause, by and through their attorney of record, JOHN W. SHARBROUGH, III, and file this Cumulative Statement of Amendments, amending nunc pro tunc, Schedules B and C to their petition as follows:

1. Schedule B: Adds an omitted asset, a contingent claim, under Type of Property item 20 ("Other contingent and unliquidated claims...."); an unliquidated class action claim against PNC Bank, N.A., in *In re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation,* MDL 1674, value $1.00.

2. Schedule C: Adds unliquidated claim against PNC Bank, N.A., and exempts same for $1.00.

Dated: June 19, 2013

                                     /s/ John W. Sharbrough, III
                                     JOHN W. SHARBROUGH, III
                                     As Attorney for the Debtor

I declare under penalty of perjury that I have read the above Statement and it is true and correct to the best of my knowledge, information and belief.

                                     /s/Melba Louise Brown
                                     Melba Louise Brown

OF COUNSEL:
John W. Sharbrough, III, P.C.
114 Eaton Sq
Mobile, AL 36608-1936
(251) 432-1413
(251) 432-5297 fax

## CERTIFICATE OF SERVICE

  I, John W. Sharbrough, III, do hereby certify that on June 19, 2013, that I have served a true and correct copy of the foregoing upon all parties *via* electronic notification and/or by mailing the same via United States Mail, postage prepaid and properly addressed.

                /s/ John W. Sharbrough, III
                JOHN W. SHARBROUGH, III